**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID M. BATHGATE,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-456T** |
| | : | |
| **RHODE ISLAND BUREAU OF** | : | |
| **INVESTIGATION AND** | : | |
| **PROTECTION, LTD., BENJAMIN** | : | |
| **LUPOVITZ, SANFORD P. LUPOVITZ,** | : | |
| **and MICHAEL BRUGNOLI,** | : | |
| **Defendants** | : | |

**ASSENTED TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Now comes the Plaintiff and hereby moves for a continuance of the settlement conference scheduled for June 18, 2007 before U.S. Magistrate Judge Lincoln D. Almond. As grounds for this motion the Plaintiff avers that a two month continuance will allow the parties to exchange additional discovery which may lead to a productive settlement conference.

Defendants have no objection to this Motion.

Based on the foregoing, the Plaintiff respectfully requests that this Court enter an Order continuing the settlement conference for two months.

Plaintiff,
By his Attorneys,

/s/ V. Edward Formisano
V. Edward Formisano
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

**CERTIFICATION**

I hereby certify that on the 12th day of June, 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/ V. Edward Formisano