**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID M. BATHGATE, on Behalf of Himself and all other employees similarly situated<br>Plaintiff | : | |
| Vs. | : | C.A. No.: 06-456T |
| RHODE ISLAND BUREAU OF INVESTIGAION AND PROTECTION, LTD., BENJAMIN LUPOVITZ, SANFORD P. LUPOVITZ and MICHAEL BRUGNOLI<br>Defendants | : | |

**DEFENDANTS RHODE ISLAND BUREAU OF INVESTIGATION AND PROTECTION, LTD., BENJAMIN LUPOVITZ, SANFORD P. LUPOVITZ AND MICHAEL BRUGNOLI'S MOTION TO CONTINUE**

Now come the Defendants in the above-entitled matter and hereby request a continuance of the Settlement Conference, scheduled for August 22, 2007 at 2:00 p.m. The Defendants request that the Settlement Conference be rescheduled, by agreement of the parties, to August 28, 2007 at 2:00 p.m. For the reasons set forth below:

Defendant, Benjamin Lupovitz will be out of state on the date of the settlement conference.

Defendants,
By their Attorneys,
Hamel, Waxler, Allen & Collins

/s/Eva Marie Mancuso
Eva Marie Mancuso, #3564
387 Atwells Avenue
Providence, RI 02909
(401) 455-3800
(401) 455-3806 Fax

**CERTIFICATION**

I hereby certify that an exact copy of the within Motion was electronically mailed to the Electronic Case Filing System of the Untied States District Court for its distribution to all counsel of record and a copy was electronically mailed to the following:

V. Edward Formisano
SFC@SFCLAW.COM