**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID M. BATHGATE,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-456T** |
| | : | |
| **RHODE ISLAND BUREAU OF** | : | |
| **INVESTIGATION AND** | : | |
| **PROTECTION, LTD., BENJAMIN** | : | |
| **LUPOVITZ, SANFORD P. LUPOVITZ,** | : | |
| **and MICHAEL BRUGNOLI,** | : | |
| **Defendants** | : | |

**ASSENTED TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Now comes the Plaintiff and hereby moves for a brief continuance of the settlement conference scheduled for August 29, 2007 before U.S. Magistrate Judge Lincoln D. Almond. As grounds for this motion the Plaintiff avers that he has a conflict with his work schedule that he learned of yesterday. The Plaintiff proposes that the conference be rescheduled to September 20 or 21.

Defendants have no objection to this Motion.

Based on the foregoing, the Plaintiff respectfully requests that this Court enter an Order continuing the settlement conference until September 20 or 21, or to such date as the Court deems fit.

Plaintiff,
By his Attorneys,

/s/ V. Edward Formisano
V. Edward Formisano
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

**CERTIFICATION**

I hereby certify that on the 23rd day of August, 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/ V. Edward Formisano