**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID M. BATHGATE,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 06-456T** |
| | : | |
| **RHODE ISLAND BUREAU OF** | : | |
| **INVESTIGATION AND** | : | |
| **PROTECTION, LTD., BENJAMIN** | : | |
| **LUPOVITZ, SANFORD P. LUPOVITZ,** | : | |
| **and MICHAEL BRUGNOLI,** | : | |
| **Defendants** | : | |

## ASSENTED TO MOTION TO CONTINUE SETTLEMENT CONFERENCE

Now comes the Plaintiff and hereby moves for a continuance of the settlement conference scheduled for September 20, 2007 before U.S. Magistrate Judge Lincoln D. Almond. As grounds for this motion, the Plaintiff avers that his counsel, V. Edward Formisano, Esq., sustained a serious eye injury and would be physically unable to attend the aforementioned settlement conference.

Defendants have no objection to this Motion.

Based on the foregoing, the Plaintiff respectfully requests that this Court enter an Order continuing the settlement conference. [1]

Plaintiff,
By his Attorneys,

/s/ V. Edward Formisano
V. Edward Formisano
Sinapi, Formisano & Co., Ltd.
100 Midway Place, Suite 1
Cranston, RI 02920-5707
(401)944-9690
(401)943-9040(facsimile)

[1] Please be aware that Defendants' counsel is court-excused from September 24, 2007 until September 28, 2007.

**CERTIFICATION**

I hereby certify that on the 18th day of September, 2007, I caused the within to be electronically filed with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/ECF System.

/s/ V. Edward Formisano