**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID M. BATHGATE, on behalf of Himself and all other employees similarly situated<br>Plaintiff | : | |
| vs. | : | C.A. No. 06-456T |
| RHODE ISLAND BUREAU OF INVESTIGATION AND PROTECTION, LTD. BENJAMIN LUPOVITZ, SANFORD P. LUPOVITZ AND MICHAEL BRUGNOLI<br>Defendants | : | |

**JOINT MOTION TO EXTEND TIME FOR DISCOVERY**

Pursuant to U.S. Dist. Ct. D.RI. R. 7(a), Plaintiffs and Defendants jointly move THIS HONORABLE COURT for an order extending the deadline for discovery until December 1, 2007. In support thereof, the parties state that the settlement conference has been rescheduled due to the illness of one of the attorneys.

The parties have completed responses to interrogatories and requests for production of documents and further discovery is only necessary if the case is not successfully settled at the settlement conference now scheduled for October 18th, 2007.

WHEREFORE, the Plaintiff and Defendants respectfully request that the Court grant this motion to extend time.

Respectfully submitted,
Defendants,
By their Attorneys
HAMEL, WAXLER,
ALLEN & COLLINS

_/s/ Eva Marie Mancuso
Eva Marie Mancuso #3564
Hamel, Waxler,
Allen & Collins
387 Atwells Avenue
Providence, RI 02909
401-455-3800
401-455-3806

Plaintiff
By his Attorney

_/s/ V. Edward Formisano
V. Edward Formisano #5512
Sinapi, Formisano &
Company, LTD.
100 Midway Place, Suite 1
Cranston, RI 02920

**Certification**

I hereby certify that an exact copy of the within document was electronically mailed to the Electronic Case Filling system of the United States District Court for its distribution to all counsel of record on this 24th day of September, 2007.