UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID M. BATHGATE,
Plaintiff

VS. C.A. No.: 06-456T

RHODE ISLAND BUREAU OF INVESTIGATION AND PROTECTION, LTD., BENJAMIN LUPOVITZ, SANFORD P. LUPOVITZ, and MICHAEL BRUGNOLI,
Defendants

**DISMISSAL STIPULATION**

In the above-entitled matter, it is agreed that the following entry be made:

The action of plaintiff, David Bathgate, against defendants is hereby dismissed with prejudice, no interest, no costs.

V. Edward Formisano, #5512
Gregory A. Mancini, #5740
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9690

Eva Marie Mancuso, #3564
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
(401) 455-3800